IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANA J. VENTO,

    Plaintiff,

  v.                    MISC. S-06-129 DFL KJM

UNITED STATES OF AMERICA,

    Defendant.
_____/     <u>RELATED CASE ORDER</u>

NICOLE VENTO MOLLISON,

    Plaintiff,

  v.                    MISC. S-06-130 FCD EFB

UNITED STATES OF AMERICA,

    Defendant.
_____/

RICHARD G. VENTO,

    Plaintiff,

  v.                    MISC. S-06-131 GEB KJM

UNITED STATES OF AMERICA,

    Defendant.
_____/

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated MISC. S-06-130 FCD EFB and MISC. S-06-131 GEB KJM be reassigned to Judge David F. Levi and Magistrate Kimberly J. Mueller for all further proceedings, and any dates currently set in this reassigned case _only_ are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as MISC. S-06-MC-130 DFL KJM and MISC. S-06-131 DFL KJM.

//
//
//
//
//
//

1    IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of miscellaneous civil
3 cases to compensate for this reassignment.
4    IT IS SO ORDERED.
5 DATED:  March 9, 2007
6
7                         /s/ David F. Levi
                          DAVID F. LEVI
                          United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26